**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| In the matter of the Complaint of<br><br>MICHAEL JOHN DUQUETTE as the alleged owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No. 2:20−CV−02037−KJM−KJN<br>*IN ADMIRALTY*<br><br>**Order Directing Monition to Issue and Restraining All Suits** |

WHEREAS Plaintiff-in-Limitation MICHAEL JOHN DUQUETTE has been alleged to be the owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc. (the "Vessel");

WHEREAS, Plaintiff-in-Limitation has filed a Complaint in Admiralty for Exoneration from, or Limitation of, Liability (the "Complaint"), claiming the right to exoneration from, or limitation of, liability under the Limitation of Shipowner's Liability Act, 46 U.S.C. §§ 30501 *et seq.* (2006) (the "Act"), for all claims arising out of, resulting from, or in any way connected with a September 14, 2019, accident involving the Vessel on the navigable waters of the United States in the area of the Delta waterways, specifically on the North Victoria Canal near Victoria Island and Ski Beach, San Joaquin County, California, as alleged and for the reasons and because of the circumstances set forth in the Complaint;

1 | WHEREAS Gregory David Erickson and Rodney W. Blake have filed lawsuits against Plaintiff-in-Limitation for injuries, losses, damages and/or death stemming from acts or omissions they allege Plaintiff-in-Limitation committed as owner of the Vessel after Plaintiff-in-Limitation gifted the Vessel to Kameron Michael Duquette, and Plaintiff-in-Limitation has requested that the Court take judicial notice of the complaints filed in those cases;

WHEREAS Plaintiff-in-Limitation has complied with the security requirements of Section 30511(b) of the Act, Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rules"), Local Admiralty and In Rem Rule 520(b), and established admiralty jurisprudence and practice by offering a Stipulation for Value and Costs and Letter of Undertaking;

WHEREAS the Court has made and entered an order approving the Stipulation for Value and Costs and Letter of Undertaking as offered;

WHEREAS Plaintiff-in-Limitation has requested, pursuant to Supplemental Rules F(4) and F(5), that a monition issue out of and under the seal of this Court, admonishing all individuals and entities claiming any injuries, deaths, losses, or damages arising out of, resulting from, or in any way connected with the aforementioned accident to file their claims, and any answers to the Complaint, with the Clerk of this Court at the United States Courthouse, and to serve a copy thereof on the attorneys for Plaintiff-in-Limitation, on or before a date to be fixed by the Court and no less than thirty (30) days after the issuance of this Order, or be deemed in contumacy and default; and

WHEREAS Plaintiff-in-Limitation has requested, pursuant to Section 30511(c) of the Act and Supplemental Rule F(3), an order restraining the commencement and further prosecution of claims, actions, and proceedings against Plaintiffs-in-Limitation or his property related to the claims with respect to which the Complaint seeks exoneration from, or limitation of liability;

NOW, THEREFORE, the Court takes judicial notice of the Complaint for Damages in the case *Gregory David Erickson v. Kameron Michael Duquette, et al.*, case no. STK-CV-UPI-2020-3526, currently pending in the California Superior Court for San Joaquin County, and the Complaint for Wrongful Death in the case *Rodney W. Blake v. Kameron Michael Duquette, et*

*al.*, case no. MSC20-01400, currently pending in the California Superior Court for Contra Costa County.

IT IS ORDERED, pursuant to Supplemental Rules F(4) and F(5), that a monition issue out of and under the seal of this Court to all individuals and entities asserting any claim with respect to which the Complaint seeks exoneration from, or limitation of, liability, admonishing them to appear and answer the allegations of the Complaint, and to file their claims, with the Clerk of the Court at the United States Courthouse and to serve a copy thereof on the attorneys for Plaintiff-in-Limitation, Cox, Wootton, Lerner, Griffin & Hansen, LLP, 12011 San Vicente Blvd., Suite 600, Los Angeles, California 90049, no later than thirty days after the issuance of this order, or be deemed in contumacy and default.

IT IS FURTHER ORDERED, pursuant to Section 30511(c) of the Act and Supplemental Rule F(3), that the commencement and further prosecution of any claims, actions, or proceedings against Plaintiff-in-Limitation MICHAEL JOHN DUQUETTE or his property related to the claims with respect to which the Complaint seeks exoneration from, or limitation of liability, are stayed and restrained until the hearing and final determination of this proceeding.

IT IS SO ORDERED.

January 4, 2021
Date

CHIEF UNITED STATES DISTRICT JUDGE