1
2
3
4
5
6
7

8
9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

10
11
12
13
14
15
16

In the matter of the Complaint of

MICHAEL JOHN DUQUETTE as the
alleged owner of a certain 1987 Centurion
"Barefoot Warrior Style" Ski Boat bearing
hull identification number CF19042JK and
her engines, tackle, appurtenances, etc.

For exoneration from, or limitation of,
liability.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20−CV−02037−KJM−KJN
*IN ADMIRALTY*

**Order Approving Stipulation for Value**
**and Costs and Letter of Undertaking**

17     WHEREAS Plaintiff-in-Limitation MICHAEL JOHN DUQUETTE has been alleged to

18 be the owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull

19 identification number CF19042JK and her engines, tackle, appurtenances, etc. (the "Vessel");

20     WHEREAS Plaintiff-in-Limitation has filed a Complaint in Admiralty for Exoneration

21 from, or Limitation of, Liability (the "Complaint"), claiming the right to exoneration from, or

22 limitation of, liability under the Limitation of Shipowner's Liability Act, 46 U.S.C. §§ 30501 *et*

23 *seq.* (2006) (the "Act"), for all claims arising out of, resulting from, or in any way connected with

24 a September 14, 2019, accident involving the Vessel on the navigable waters of the United States

25 in the area of the Delta waterways, specifically on the North Victoria Canal near Victoria Island

26 and Ski Beach, San Joaquin County, California, as alleged and for the reasons and because of the

27 circumstances set forth in the Complaint;

28 ///

WHEREAS Plaintiff-in-Limitation has filed a Stipulation for Value and Costs and Letter of Undertaking alleging that the aggregate value of his interest in the Vessel to be five thousand dollars ($5,000.00) or less and has agreed to pay that amount, plus six percent (6%) per annum in interest thereon, and one thousand dollars ($1,000) in costs in accordance with Section 30511(b) of the Act, Rule F(1) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Rule F(1)"), Local Admiralty and In Rem Rule 520(b), and established admiralty jurisprudence and practice; and

WHEREAS Plaintiff-in-Limitation has offered a Letter of Undertaking from his insurer, Progressive Direct Insurance Company ("Progressive"), as surety, in which Progressive consents and agrees to provide security for the aforementioned sum, interest, and costs;

NOW, THEREFORE, the Court finds that the Stipulation for Value and Costs and the Letter of Undertaking satisfy the requirements of Section 30511(b) of the Act, Supplemental Rule F(1) Rules, Local Admiralty and In Rem Rule 520(b), and established admiralty jurisprudence and practice; and

IT IS HEREBY ORDERED that Plaintiff-in-Limitation's Stipulation for Value and Costs and the Letter of Undertaking are approved.

IT IS SO ORDERED.

January 4, 2021
_____          _____
Date                                         CHIEF UNITED STATES DISTRICT JUDGE