**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In the matter of the Complaint of<br><br>MICHAEL JOHN DUQUETTE as the alleged owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | Case No. 2:20−CV−02037−KJM−KJN<br>*IN ADMIRALTY*<br><br>**Order Extending Time** |

WHEREAS Plaintiff-in-Limitation MICHAEL JOHN DUQUETTE and prospective claimant RODNEY W. BLAKE, by and through their attorneys of record, have stipulated to extend the time for Plaintiff-in-Limitation to respond to the pending Motion for Order Vacating Order of Default and Permitting the Filing of an Answer and Other Pleadings ("Motion," ECF. No. 56) filed by Mr. Blake to Monday, November 8, 2021; and

WHEREAS Plaintiff-in-Limitation and Mr. Blake requested the extension before the deadline to file the response and have not previously requested any extensions of time regarding the Motion.

NOW, THEREFORE, the Court finds that good cause exists to extend the time Plaintiff-in-Limitation to respond to the Motion.

///

///

-1-
Order Extending Time

1       IT IS HEREBY ORDERED that the time for Plaintiff-in-Limitation to respond to the
2 Motion is extended to November 8, 2021.
3       IT IS SO ORDERED.

5 November 10, 2021
    Date                         CHIEF UNITED STATES DISTRICT JUDGE