1
2
3
4
5
6
7

8      **UNITED STATES DISTRICT COURT**
       **EASTERN DISTRICT OF CALIFORNIA**
9      **SACRAMENTO DIVISION**

10   In the matter of the Complaint of        )   Case No. 2:20−CV−02037−KJM−KJN
                                              )   *IN ADMIRALTY*
11   MICHAEL JOHN DUQUETTE as the             )
12   alleged owner of a certain 1987 Centurion )   **Order Extending Case Schedule**
     "Barefoot Warrior Style" Ski Boat bearing )
13   hull identification number CF19042JK and  )
     her engines, tackle, appurtenances, etc.  )
14                                            )
15   For exoneration from, or limitation of,  )
     liability.                               )
16   ─────────────────────────────────────    )

17        WHEREAS the parties to this action, by and through their attorneys of record, have

18   stipulated and requested to extend all deadlines set in the June 23, 2021, Bench Order (ECF No.

19   54) by approximately 120 days;

20        WHEREAS the parties requested the extension before any of the deadlines passed and

21   have not requested any previous extensions of the deadlines;

22        WHEREAS the operative claims against Plaintiff-in-Limitation Michael John DuQuette

23   were only settled by the Court's Order of January 20, 2022 (ECF No. 64);

24        WHEREAS Claimant and Third-Party Plaintiff Rodney W. Blake filed a Third-Party

25   Complaint against Plaintiff-in-Limitation and Third-Party Defendant Dante Lopez and Third-

26   Party Defendant Kameron Michael DuQuette on January 20, 2022; and

27   ///

28   ///

1       WHEREAS the criminal trial of Third-Party Defendant Kameron Michael DuQuette in

2   the matter *People of the State of California v. Kameron DuQuette*, no. STK-CR-FE-2019-

3   0016206, is scheduled to commence on March 22, 2022;

4       NOW, THEREFORE, the Court finds that good cause exists to extend the deadlines set

5   forth in the Bench Order.

6       IT IS HEREBY ORDERED that the deadlines set forth in the Bench Order are extended

7   as follows:

8       a.  Fact discovery shall end on June 27, 2022;

9       b.  Expert disclosures shall be completed by November 2, 2022;

10      c.  Rebuttal expert witnesses shall be exchanged by December 5, 2022;

11      d.  Expert discovery shall end on February 15, 2023;

12      e.  All dispositive motions shall be heard by November 18, 2022; and

13      f.  The Parties shall notify the Court whether they request a court settlement

14          conference date or referral to the Court's Voluntary Dispute Resolution Program

15          prior to any final pretrial conference by July 13, 2022.

16      IT IS SO ORDERED.

17   DATED:  February 8, 2022.

18

19   _____

20   CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28