# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the Complaint of | Case No. 2:20−CV−02037−KJM−KJN |
| | *IN ADMIRALTY* |
| MICHAEL JOHN DUQUETTE as the alleged owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc. | **Order** |
| For exoneration from, or limitation of, liability. | |

The parties to this action have stipulated and requested to suspend all deadlines set in the June 23, 2021 Bench Order, ECF No. 54, and extended by the February 8, 2022 Order Extending Case Schedule, ECF No. 71.  In making this request the parties' attorneys note they have conflicts that preclude them from taking depositions prior to July 27, 2022, and the criminal trial of Third-Party Defendant Kameron Michael DuQuette in the matter *People of the State of California v. Kameron DuQuette*, no. STK-CR-FE-2019-0016206, is not scheduled to commence until August 11, 2022.

At this time the court **denies the parties request for an indefinite suspension of all pre-trial deadlines (ECF No. 74)**.  This ruling does not prohibit the parties from make an appropriate request to stay this matter pending the conclusion of the underlying criminal proceedings.

IT IS SO ORDERED.

DATED:  July 12, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE