John S. Claassen (212954)
Jerald N. Marrs (309419)
CLAASSEN MARRS, P.C.
1261 Locust St. C26
Walnut Creek, CA 94596
(925) 204-3885
john@cmpc.law
jerry@cmpc.law

Attorneys for
RODNEY W. BLAKE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re Complaint in Limitation of,<br>MICHAEL JOHN DUQUETTE,<br>Petitioner in Limitation<br>_____<br><br>RODNEY W. BLAKE,<br><br>        Claimant<br>vs.<br><br>MICHAEL JOHN DUQUETTE as the alleged owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc.<br><br>        Respondent in Limitation<br>_____<br><br>RODNEY W. BLAKE,<br><br>        Third-Party Plaintiff<br>vs.<br><br>DANTE LOPEZ, individually, KAMERON MICHAEL DUQUETTE, individually<br><br>        Third-Party Defendants<br>_____<br>DRU JACKSON COUNTER-CLAIM<br>_____<br>DRU JACKSON THIRD-PARTY CLAIM | Case No.: 2:20-CV-02037-KJM-KJN<br><br>*IN ADMIRALTY*<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL RE: BLAKE** |

Plaintiff-in-Limitation and Respondent Defendant Michael John DuQuette; Defendant-in-Limitation, Claimant-in-Limitation and Third-Party Plaintiff Rodney W. Blake ("Blake"); and Third-Party Defendants Dante Lopez and Kameron Michael DuQuette hereby stipulate and agree to the dismissal of Blake's Claim in Limitation (ECF 66) and Third-Party Complaint (ECF 67) and otherwise dismiss Blake as a party to this action with prejudice with a mutual waiver of costs and fees pursuant to a written settlement agreement.

Dated: August 1, 2022                COX, WOOTTON, LERNER,
                                     GRIFFIN & HANSEN, LLP



                                     By:  /s/ Arthur A. Severance
                                          Neil S. Lerner
                                          Arthur A. Severance
                                          Attorneys for Plaintiff-in-Limitation
                                          MICHAEL JOHN DUQUETTE

Dated: August 1, 2022                DONAHUE DAVIES, LLP



                                     By:  /s/ Todd A. Schaffer
                                          James R. Donahue
                                          Todd A. Schaffer
                                          Attorneys for Plaintiff-in-Limitation
                                          MICHAEL JOHN DUQUETTE

Dated: August 1, 2022                CLAASSEN MARRS, P.C.



                                     By:  /s/ John Claassen
                                          John Claassen
                                          Jerald N. Marrs
                                          Attorneys for Defendant-in-Limitation, Claimant and
                                          Third-Party-Plaintiff RODNEY W. BLAKE

| | |
|---|---|
| Dated: July 14, 2022 | LAW OFFICES OF JOHN COX, PC |
| | By: /s/ John C. Cox |
| | John C. Cox |
| | Attorneys for Third-Party Defendant |
| | DANTE LOPEZ |
| Dated: July 14, 2022 | DIEPENBROCK & COTTER, LLP |
| | By: /s/ Jennifer L. Hippo |
| | John P. Cotter |
| | Jennifer L. Hippo |
| | Attorneys for Third-Party Defendant |
| | KAMERON DUQUETTE |
| Dated: July 14, 2022 | LAW OFFICES OF FRIEDBERG & BUNGE |
| | By: /s/ Thomas F. Friedberg |
| | Thomas F. Friedberg |
| | Attorneys for Claimant and Third-Party Plaintiff |
| | DRU JACKSON |

**ORDER**

For good cause shown, the counterclaim and third-party complaint at ECF Nos. 66 & 67 are dismissed with prejudice with a mutual waiver of costs and fees pursuant to the parties' stipulation. Rodney W. Blake is hereby dismissed as a party to this action.

IT IS SO ORDERED.

DATED: August 1, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE