UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the matter of the complaint of<br><br>MICHAEL JOHN DUQUETTE as the alleged owner of a certain 1987 Centurion "Barefoot Warrior Style" Ski Boat bearing hull identification number CF19042JK and her engines, tackle, appurtenances, etc.<br><br>For exoneration from, or limitation of, liability. | No. 2:20-cv-02037-DAD-KJN<br>*In Admiralty*<br><br>ORDER STAYING ACTION<br><br>(Doc. No. 80) |

Before the court is the parties' stipulation to stay proceedings in this case pending the resolution of third-party defendant Kameron Michael DuQuette's pending and related criminal case in San Joaquin County Superior Court. (Doc. No. 80.) Having carefully reviewed the entire file and the parties' stipulation, the court finds good cause to enter a stay in this case.

Accordingly,

1. All previously set hearings, dates, and deadlines are vacated;
2. This case is stayed pending the resolution of third-party defendant Kameron Michael DuQuette's underlying criminal case; and

/////

/////

/////

/////

1

3. Every ninety days from the date of this order, counsel for third-party defendant Kameron Michael DuQuette shall provide all counsel and the court with a written report regarding the status of the pending criminal matter.

IT IS SO ORDERED.

Dated:  **October 12, 2022**

UNITED STATES DISTRICT JUDGE